M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

ROBERT LEE ALLEN 2008 FEB 25 A 10: 10
Full name and prison name of         )
Plaintiff(s)                          )
                    DEBRA P. HACKETT, CLK
                    U.S. DISTRICT COURT
v.                  MIDDLE DISTRICT ALA CTION NO. 2:08-CV-134-WKW
                                      )  (To be supplied by Clerk of U.S. District
LOWNDES DEPUTY, BIRTLEY )             Court)
                                      )
_____     )
                                      )
_____     )     **DEMAND FOR JURY TRIAL**
                                      )
_____     )
                                      )
Name of person(s) who violated your   )
constitutional rights. (List the names )
of all the person.)                   )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ROBERT LEE ALLEN

            Defendant(s) LAURA GRESHAM,
            L. BRUTTON

        2.  Court (if federal court, name the district; if state court, name the county)

            ALABAMA MIDDLE DISTRICT (Montgomery)


SCANNED
HR 2/25/08

3. Docket number 2:07-CV-928-MHT

4. Name of judge to whom case was assigned HONORABLE MYRON H. THOMPSON

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) pending

6. Approximate date of filing lawsuit 10/17/2007

7. Approximate date of disposition pending

II. PLACE OF PRESENT CONFINEMENT AUTAUGA County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Montgomery County

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. LOWNDES County DEPuty, BIRTLEY | |
| 2. " | " |
| 3. | 653 STATE Hwy 21 South |
| 4. | Hayneville, Al 36040 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED February 7, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Fraudulent Document Release and Transport, to be (Allegedly) Illegally arrested outside of his police jurisdiction, without first contacting the County that the arrest took place in

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON The Mourning of February 7th 2007 Robert L. Allen was contacted through the Jail intercom system, at the Lowndes County Jail Facility. Robert L. Allen was informed to pack all of his personal belongings

GROUND TWO: Cont. See Exhibit "B"

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want Punitive Damages
I want Equitable Damages Remedy
Liability Damages / I want a Jury Trial
I want any Damages the Honorable Court recommend
I am not a lawyer I Do Not Know all rights that were Violated

*Robert Lee Allen*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/21/2008
(Date)

*Robert Lee Allen*
Signature of plaintiff(s)

Parties to this previous lawsuit:

1.) Plaintiff(s) ROBERT LEE ALLEN

Defendant(s) Autauga Deputy, B. Dillon

2.) Court (if federal court, name the district; if state court, name the County) ALABAMA MIDDLE DISTRICT (Montgomery)

3.) Docket number 2:07-cv-982-WKW

4.) Name of judge to whom case was assigned. HONORABLE William Keith Watkins

5.) Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Pending

6.) Approximate date of filing lawsuit 11/01/2007

7.) Approxmate date of disposition pending

# STATE BRIEFLY THE FACTS TO SUPPORT GROUNDS

and Report to the Booking Area.
After about (5) five minutes the jail staff called me again on the jail intercom system informing me a Deputy Sheriff was on his way to the back to help me pack my things, as I was walking out my cell with my personal belongings a Lowndes County Deputy name MR. Birtley entered "D" pod, we then proceeded to the Booking Area, where SGt. Brutton, told me to sign my name on a Consolidated Appearance Bond and I would be released to go home until my next Court date. But after Robert Allen sign the Appearance bond, MR. Birtley the Lowndes County Deputy handcuffed Robert Allen and Transported him to the Chevron Gas Station located on Highway 80, at this Chevron Gas Station located inside Montgomery County (jurisdiction) at least (20) twenty miles away from Autauga County in this Chevron parking lot was an Autauga County Deputy Sheriff name MR. B. Dillon park in his car waiting to Execute (5) five Autauga County Arrest Warrants outside of (thier) both police Agency's jurisdiction Knowingly and willingly, without first Notifying Montgomery County

1 of 3

My Complaint with the Lowndes County Sheriff Department is that they Conspired with Autauga County, and Release Me illegally with fraudulent Documents, false statements, false charges, illegal Transport outside of their jurisdiction to be illegally arrested, outside both police agencies jurisdiction, using Alleged fraudulent signatures on the Release Bond  (see Case no. 2:07-cv-928) The following Sheriff Employee's participated Deputy Birtley, and MRS. Brutton handled the paper work and the transporting of Robert Allen, and "MR. Vaughner, and Captain Gresham, allegedly <u>did not sign</u> their names on this bond, but <u>Some one else sign</u> this Released the only person <u>in possesion</u> of this Release bond is SGt. Brutton" And these laws were broken: Under Code 1975, § 15-10-10, 15-10-12, and Title 11-40-10 <u>police jurisdiction</u>, and Title 6-5-338 <u>jurisdiction</u> There was no Montgomery police officer's present at the location of Arrest of Robert Allen. IN the Defendants Special Report I am Requesting a Copy of Deputy Birtley's officer's WORK Report done on February 7, 2007, to be submitted with his Response. The officer acted in Bad faith, Requesting a Copy of Deputy Birtley UNIform ARRest Report

2 of 3

I ask the Honorable Court to take Notice that after Robert Allen filed (2) two Complaints in their Honorable Court in the Month of January 2007, (Robert Allen filed a Complaint on January 31, 2007) (7) seven days after filing these Civil Complaints, the Lowndes County Sheriff Department once again Violated Robert Allen Constitutional and Civil Rights. and he shows the Honorable Court this pattern thats ongoing at the Lowndes County Sheriff Department in dealing with Robert Allen.
 (Review all Exhibits in these case's: 2:07-cv-90+ID, 2:07-cv-928-MHT, and 2:07-cv-982-WKW)
 Deputy Birtley holds pertinent facts to show this pattern by his actions, MR. Birtley Knew the proper procedure in which to follow to handle this type of circumstance and knew before hand what rights he was violating.

2/21/2008    Robert Lee Allen

3 of 3