IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN,
   Plaintiff,

V.

   2:08CV134-WKW
   case no. I Don't no
   filed 2/21/2008

LOWNDES COUNTY DEPUTY, BIRTLEY, et al.,
   Defendant

### TAKE JUDICIAL NOTICE
### MOTION FOR LEAVE TO AMEND ORIGINAL § 1983 COMPLAINT AMENDMENT TO COMPLAINT

COMES NOW, the plaintiff, pro se, and would Respectfully moves this HONORABLE COURT to Amend Original 1983 Complaint with the following case no. 2:07-CV-90-ID, and 2:07-CV-928-MHT Exhibits, plaintiff Respectfully ask this Honorable Court to take jurisdiction in this matter and show as follows these grounds:
and take judicial Notice of Exhibits:

1.) The above listed case no. Exhibits have relevant facts to show merits to this (cause) Instant Complaint.

2.) It is already establish with the Honorable Court plaintiff has trouble making copies to submit as Exhibits to this Court.

3.) The defendant will in no way be prejudiced by this Request.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon Honorable Daryl L. Masters, and Joseph L. Hubbard, Jr, by placing same in the U.S. Mail, postage prepaid, on this the 27th day of February 2008.

Robert L. Allen
136 N. Court St
Prattville, Al 36067-3002

Pro se Robert L. Allen
Robert L. Allen

MR. Robert L Allen
136 N. Court St
Prattville, Al 36067

MONTGOMERY AL 361
27 FEB 2008 PM 4 T



"LET US DARE TO
THINK, SPEAK AND
John Adams, 170
power of the

OFFICE OF THE Clerk
UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, Al 36101-0711



36101+0711