IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN              *

    Plaintiff,                *

    v.                        *        2:08-CV-134-WKW

LOWNDES DEPUTY, BIRTLEY       *

    Defendant.                *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion for leave to amend complaint. Plaintiff indicates that he seeks to have the instant case treated as an amendment to two other complaints he previously filed with the court and which are currently pending. Plaintiff's motion for leave to amend complaint filed in the instant action shall be denied. If Plaintiff seeks to file an amendment in other matters he currently has pending in this court, he should file said pleading in the appropriate case.

Accordingly, it is ORDERED that the motion (*Doc. No. 4*) be and is hereby DENIED.

Done, this 29th day of February 2008.

                              /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR
                              UNITED STATES MAGISTRATE JUDGE