IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN,
  Plaintiff,

V.                                  2:08-CV-134-WKW

LOWNDES DEPUTY, BIRTLEY
       Defendant.

## MOTION OF OBJECTION AN MOTION FOR THE COURT TO TAKE JUDICIAL NOTICE TO SUPPORT OBJECTION

COMES NOW, the Plaintiff, Robert Lee Allen, Pro se In the above styled cause and would Respectfully ask the Honorable Court to take judicial Notice to support this objection, plaintiff show as follows:

1.) The plaintiff, Allen would state to this Honorable Court that he tried to Exhaust all Remedies before filing this Instant Complaint by trying to Amend Deputy Birtley to one of his pending cases, and strike the name Deputy OJ. Strothers from all instant Complaints.

2.) The plaintiff, Allen, objects, and ask the Honorable Court to take judicial Notice of its case action summaries of the following pending cases: 2:07-cv-928-MHT, and 2:07-cv-982-WKW 2:07-cv-90-ID

3.) See, case action summary of 2:07-cv-982-WKW take Notice of these Motions submitted. the following (#) no. are 11, 12, 18, and 20, where the plaintiff Allen, was promptly denied repeatedly.

4.) The plaintiff, Allen, would like the Court Records to reflect that the plaintiff was given the wrong name of the Deputy that transported him on February 7, 2007, Deputy O.J. Strothers is the INCORRECT Name, And Lowndes Deputy Birtley IS IN FacT the Correct name of the Lowndes Deputy that transported, Allen, and that is the PRIMARY Reason he stated in his Motions to strike OJ. STROThers name, and Amend Original 1983 complaint with Deputy Birtley but was denied, promptly.

5.) The plaintiff, denies that he acted in the Manner of Malicious, he states that in order for the truth to come to a full circle, he had to file this instant complaint.

Deputy BIRTLEY, MUST BE A PART OF THIS INstant Complaint, whether in his individual Capacity in Case no. 2:08-cv-134-WKW, or a party to case no. 2:07-cv-928-MHT.

6.) See, Ross v. NEFF 905 F.2d 1353-54, violated the fourth Amendment
   See, Title 11-40-10, and Title 6-5-338. Jurisdiction

7.) See, Exhibit "A" of civil action 2:07-cv-982 I Request the Honorable Court to Review this Autauga, ALABAMA UNIFORM ARREST REPORT dated February 7, 2007, NO WHERE ON THIS ARREST REPORT DO YOU SEE LOWNDES COUNTY SHERIFF DEPARTMENT TRANSFERING THE PLAINTIFF ALLEN TO AUTAUGA COUNTY CUSTODY.

8.) NOW LOOK AT THE LOCATION OF ARREST OF ROBERT L. ALLEN, Highway 80, and Highway 85 is at least (7) seven miles apart with INTERSTATE 65 Dividing the (2) two Highways Apart.

9.) I Respectfull ask the Honorable Court to Review, Exhibit "B", Lowndes County Arrest warrant WR-06-434. Do you see this pattern.

10.) See, Exhibits "C","D","E","F","G","H","I", and "J" of case no. 2:07-CV 982-WKW.

11.) see, All Exhibits of 2:07-CV-928-MHT, and (2:07-CV-90-ID, "C" "D" "F" "G"

12.) The Plaintiff, was only following the instruction of the 1983 form, by stating the facts as it happen, an was unaware at what he was doing fell in the alleged Category of "Malicious" Deputy Birtley, participated and had a role in allegedly violating the plaintiff Constitutional and Civil Rights and thus should be held responsible for his actions.

WHEREFORE, premises considered, the plaintiff would further Respectfully Request that this Honorable Court let this case proceed.

## CERTIFICATE OF SERVICE

I hereby Certify that I have served a Copy of the above and foregoing upon the Hon. Joseph Hubbard _____, by placing a copy of same in U.S. Mail, postage prepaid, on this the 13 day of March 2008.

Robert L Allen
136 N. Court St
Prattville, Al 36067-3002

Pro se Robert Allen

MR. Robert Allen, pro se
136 N. Court St
Prattville, Al 36067-3002

MONTGOMERY AL 361

13 MAR 2008 PM 3 L

Hon. Debra Hackett
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711